THE HONORABLE MARSHA PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BENSON INDUSTRIES, INC.,

    Plaintiff,

v.

INTERSTATE FIRE AND CASUALTY COMPANY,

    Defendant.

No.: 2:24-cv-01135-MJP

STIPULATION AND [PROPOSED] ORDER FOR STAY OF PROCEEDINGS

NOTED ON THE MOTION CALENDAR: AUGUST 19, 2024

THE PARTIES, as evidenced by the signatures of their counsel, below, hereby stipulate to and request the entry of an order staying all proceedings in this matter for a period of one hundred twenty (120) days, and postponing the setting of case deadlines accordingly, to facilitate possible settlement of the case.

## I. STIPULATED MOTION

The parties stipulate to the following:

1. This case is in its earliest stages. Defendant removed this case to this court on July 26, 2024, and filed its answer on August 2, 2024. Both parties have filed their required corporate disclosures. The Court has not yet issued a scheduling order.

2. This case arises from a dispute between Plaintiff and Defendant over sums the Plaintiff alleges are payable by Defendant, pursuant to builder's risk coverage on a

STIPULATION AND [PROPOSED] ORDER FOR STAY OF PROCEEDINGS
NO.: 2:24-CV-01135-MJP

PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

construction project at the University of Washington. Plaintiff's insurance claim with Defendant is moderately complex, and the adjustment of the claim is not complete.

3. Counsel for the parties believe that relief from litigation activity, including initial disclosures, meeting usual case deadlines, motion practice, and the anticipated commencement of discovery, so that adjustment could be completed, would simplify the case for ultimate resolution.

4. To that end, the parties jointly request that the court stay all proceedings in this matter for a period of one hundred twenty (120) days, to facilitate the parties' focus upon completion of adjustment in the normal course.

DATED: August 19, 2024

| BULLIVANT HOUSER BAILEY PC | GORDON TILDEN THOMAS & CORDELL LLP |
|---|---|
| By /s/ Danielle N. McKenzie<br>Joseph D. Hampton, WSBA #15297<br>E-mail: joseph.hampton@bullivant.com<br>Danielle N. McKenzie, WSBA #49715<br>E-mail: danielle.mckenzie@bullivant.com | By /s/ Greg D. Pendleton<br>Greg D. Pendleton, WSBA #38361<br>Miles C. Bludorn, WSBA #54238<br>E-mail: gpendleton@gordontilden.com<br>E-mail: mbludorn@gordontilden.com |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

## II. ORDER

The Court having considered the foregoing stipulation of the parties, and concluding that good cause exists, it is hereby ORDERED as follows:

1. All proceedings in this case are hereby STAYED until December 17, 2024;

2. The parties are excused from complying with initial disclosures, and shall not engage in motion or discovery practice, pending further order of the Court;

3. This order may be extended or terminated before December 17, 2024, upon motion and for good cause shown.

STIPULATION AND [PROPOSED] ORDER FOR STAY OF PROCEEDINGS
NO.: 2:24-CV-01135-MJP

PAGE 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

DATED this 21st day of August, 2024.

_____
THE HONORABLE MARSHA PECHMAN

Presented by:

| BULLIVANT HOUSER BAILEY PC | GORDON TILDEN THOMAS & CORDELL LLP |
|---|---|
| By */s/ Danielle N. McKenzie*<br>Joseph D. Hampton, WSBA #15297<br>E-mail: joseph.hampton@bullivant.com<br>Danielle N. McKenzie, WSBA #49715<br>E-mail: danielle.mckenzie@bullivant.com | By */s/ Greg D. Pendleton*<br>Greg D. Pendleton, WSBA #38361<br>Miles C. Bludorn, WSBA #54238<br>E-mail: gpendleton@gordontilden.com<br>E-mail: mbludorn@gordontilden.com |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

4895-0126-8436.1

STIPULATION AND [PROPOSED] ORDER FOR STAY OF PROCEEDINGS
NO.: 2:24-CV-01135-MJP

PAGE 3

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930