Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BENSON INDUSTRIES, INC.,

    Plaintiff,

v.

INTERSTATE FIRE AND CASUALTY COMPANY,

    Defendant.

No. 2:24-cv-01135-MJP

STIPULATION AND [~~PROPOSED~~] ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL ON BEHALF OF DEFENDANT INTERSTATE FIRE AND CASUALTY COMPANY

**Note on Motion Calendar: December 6, 2024**

**Clerk's Action Required**

## STIPULATION

THE PARTIES, by and through their respective, undersigned counsel of record, hereby stipulate to the withdrawal of Joseph D. Hampton and Bullivant Houser Bailey as counsel of record for Defendant Interstate Fire and Casualty Company in the above-captioned matter, and the substitution of Curtis C. Isacke and McNaul Ebel Nawrot & Helgren PLLC, as counsel of record for Defendant Interstate Fire and Casualty Company.

This withdrawal and substitution shall be effective immediately.

All papers and pleadings in the above-captioned matter, exclusive of original process, are hereafter to be served on Curtis C. Isacke and McNaul Ebel Nawrot & Helgren PLLC, at the address stated below.

NOTICE OF WITHDRAWAL & SUBSTITUTION OF COUNSEL OBO DEF. (No. 2:24-cv-01135-MJP– Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

1    IT IS SO STIPULATED.

2    DATED this 9th day of December, 2024.

McNAUL EBEL NAWROT & HELGREN PLLC

By: s/Curtis C. Isacke
        Curtis C. Isacke, WSBA No. 49303

600 University Street, Suite 2700
Seattle, Washington  98101
(206) 467-1816
cisacke@mcnaul.com

Substituting Attorneys for Defendant Interstate Fire and Casualty Company

BULLIVANT HOUSER BAILEY

By: s/Joseph D. Hampton
        Joseph D. Hampton, WSBA No. 15297

925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
(206) 292-8930
joseph.hampton@bullivant.com

Withdrawing Attorneys for Defendant Interstate Fire and Casualty Company

GORDON TILDEN THOMAS & CORDELL LLP

By: s/Greg D. Pendleton
        Greg D. Pendleton, WSBA No. 38361
        Miles Bludorn, WSBA No. 54238

600 University Street, Suite 2915
Seattle, Washington 98101
(206) 467-6477
gpendleton@gordontilden.com
mbludorn@gordontilden.com

Attorneys for Plaintiff Benson Industries, Inc.

NOTICE OF WITHDRAWAL & SUBSTITUTION OF COUNSEL OBO DEF. (No. 2:24-cv-01135-MJP– Page 2

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

**ORDER**

IT IS SO ORDERED.

DATED this 17th day of December, 2024.

*[signature]*

Honorable Marsha J. Pechman
United States District Court Judge

Presented by:

McNAUL EBEL NAWROT & HELGREN PLLC

By: s/Curtis C. Isacke
 Curtis C. Isacke, WSBA No. 49303
 cisacke@mcnaul.com

Substituting Attorneys for Defendant Interstate Fire and Casualty Company

BULLIVANT HOUSER BAILEY

By: s/Joseph D. Hampton
 Joseph D. Hampton, WSBA No. 15297
 joseph.hampton@bullivant.com

Withdrawing Attorneys for Defendant Interstate Fire and Casualty Company

GORDON TILDEN THOMAS & CORDELL LLP

By: s/ Greg D. Pendleton
 Greg D. Pendleton, WSBA No. 38361
 Miles Bludorn, WSBA No. 54238
 gpendleton@gordontilden.com
 mbludorn@gordontilden.com

Attorneys for Plaintiff Benson Industries, Inc.

NOTICE OF WITHDRAWAL & SUBSTITUTION OF COUNSEL OBO DEF. (No. 2:24-cv-01135-MJP– Page 3

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816