Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BENSON INDUSTRIES, INC.,

                Plaintiff,

v.

INTERSTATE FIRE AND CASUALTY COMPANY,

                Defendant.

No. 2:24-cv-01135-MJP

ORDER ON STIPULATED MOTION TO EXTEND STAY OF PROCEEDINGS

[~~PROPOSED~~]

Pending before the Court is the Parties' Stipulated Motion to Extend Stay of Proceedings. The Court, having considered the Stipulated Motion of the Parties, and concluding that good cause exists, ORDERS as follows:

    1.    All proceedings in this case are STAYED until February 17, 2025.

    2.    The Parties are excused from complying with initial disclosures, and shall not engage in motion or discovery practice, pending further order from the Court.

    3.    This Order may be extended or terminated before February 17, 2025, upon motion and for good cause shown.

ORDER ON STIPULATED MOTION TO EXTEND STAY OF PROCEEDINGS (No. 2:24-cv-01135-MJP – Page 1

LAW OFFICES OF
McNaul Ebel Nawrot & Helgren pllc
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

IT IS SO ORDERED.

DATED this 20th day of December, 2024.

*[Signature]*

Honorable Marsha J. Pechman
United States District Court Judge

Presented by:

McNAUL EBEL NAWROT & HELGREN PLLC

By: s/Curtis C. Isacke
    Curtis C. Isacke, WSBA No. 49303
    cisacke@mcnaul.com

Attorneys for Defendant Interstate Fire and Casualty Company

GORDON TILDEN THOMAS & CORDELL LLP

By: s/Greg D. Pendleton
    Greg D. Pendleton, WSBA No. 38361
    Miles Bludorn, WSBA No. 54238
    gpendleton@gordontilden.com
    mbludorn@gordontilden.com

Attorneys for Plaintiff Benson Industries, Inc.

ORDER ON STIPULATED MOTION TO EXTEND STAY OF PROCEEDINGS (No. 2:24-cv-01135-MJP – Page 2

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816